FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 14 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANTE JORGE RIOS; LILIA ROSA ZUNIGA, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER Jr., Attorney General, <br><br> Respondent. | No. 07-73953 <br><br> Agency Nos. A073-122-443 <br> A073-122-446 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2010[**]

Before:     RYMER, McKEOWN, and PAEZ, Circuit Judges.

Dante Jorge Rios and his wife, Lilia Rosa Zuniga, natives and citizens of

Peru, petition for review of the Board of Immigration Appeals' ("BIA") order

dismissing their appeal from an immigration judge's decision denying their

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

application for withholding of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence the agency's factual findings.  *Cruz-Navarro v. INS*, 232 F.3d 1024, 1028 (9th Cir. 2000).  We deny the petition for review.

Substantial evidence supports the BIA's conclusion that Rios and Zuniga failed to demonstrate that they were harmed on account of an imputed political opinion.  *See Parussimova v. Mukasey*, 555 F.3d 734, 740-42 (9th Cir. 2009) (the protected ground has to be "one central reason" for persecution).  Accordingly, Rios and Zuniga's claim for withholding of removal fails.

**PETITION FOR REVIEW DENIED.**